

**San Antonio I Austin I Rio Grande Valley**

2500 W. William Cannon, Suite 609 I Austin.Texas 78745-5320
V 512-279-6431 I F 512-279-6438

April 5, 2018

Clerk of the Court                                              via Electronic Notification
U.S. District Clerk's Office
525 Magoffin Avenue, suite 105
El Paso, Texas 79901

RE:    *Daniel Villegas v. City of El Paso, et al.*
       Civil Action No. 3:15-cv-00386-FM-LS, in the Western District of Texas – El Paso
       Division

Dear Clerk:

      Please be advised that I will be on vacation beginning June 16, 2018 through July 5, 2018.
By means of this correspondence, I respectfully request that no hearings or trials be set during
these times, or immediately thereafter.  I further request that no discovery, motions, pleadings, or
other instruments be filed or served when required a response to be filed during this period or
immediately thereafter.


                              Best Regards

                              Denton Navarro Rocha Bernal & Zech, P.C.
                              attorneys & counselors at law • rampagelaw.com


                              SCOTT M. TSCHIRHART
                              *Counsel for Defendant*
                              *City of El Paso, Texas,*

SMT/ha
cc:    Felix Valenzuela                                        via Electronic Notification
       Jon Loevy/Sam Heppell/Russell Ainsworth                 via Electronic Notification
       Jim Darnell/Jeep Darnell                                via Electronic Notification
       James A. Martinez                                       via Electronic Notification
       Carl Green/Andres E. Almanzan                           via Electronic Notification
       Eric M. Brittain                                        via Electronic Notification
       Eduardo Miranda                                         via Electronic Notification

---

Serving all of Texas from our San Antonio, Austin and Rio Grande Valley offices