```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
                       EL PASO DIVISION
```

| | |
|---|---|
| **DANIEL VILLEGAS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | No. 3:15-CV-386-FM-LS |
| § | |
| **CITY OF EL PASO, ALFONSO MARQUEZ,** § | |
| **CARLOS ORTEGA, SCOTT GRAVES,** § | |
| **KEMMITT BELLOWS, EARL ARBOGAST,** § | |
| **RAY SANCHEZ, HECTOR LOYA,** § | |
| **and UNKNOWN EMPLOYEES** § | |
| **OF THE CITY OF EL PASO,** § | |
| § | |
| **Defendants.** § | |

## ENTRY OF APPEARANCE

Comes now Cris Estrada and enters his appearance as co-counsel for Defendant Officer Ray Sanchez.

Respectfully submitted,

**JIM DARNELL, P.C.**
310 N. Mesa, Suite 212
El Paso, Texas 79901
Phone: (915)532-2442
Fax:   (915)532-4549


By:_____/s/_____
   **Cris Estrada**
   Cestrada@jdarnell.com
   TX State Bar No. 24105845
   NM State Bar No. 151095

**Co-Counsel for
Officer Ray Sanchez**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of December, 2019, a true and correct copy of the foregoing document has been electronically served via the CM/ECF system.

                                              _____/s/_____
                                              Cris Estrada