UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **DANIEL VILLEGAS**, | § | |
| | § | |
| *Plaintiff*, | § | |
| **v.** | § | |
| | § | |
| **CITY OF EL PASO, ALFONSO** | § | |
| **MARQUEZ, CARLOS ORTEGA,** | § | **EP-15-CV-00386-DCG** |
| **SCOTT GRAVES, KEMMITT** | § | |
| **BELLOWS, EARL ARBOGAST,** | § | |
| **HECTOR LOYA, RAY SANCHEZ, and** | § | |
| **UNKNOWN EMPLOYEES OF THE** | § | |
| **CITY OF EL PASO,** | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Presently before the Court is Defendant City of El Paso's "Motion to Bifurcate and Stay Discovery Against the City on *Monell* Issues" (ECF No. 219) filed on May 13, 2021. Plaintiff filed a response (ECF No. 221) thereto, and the City followed by filing its reply (ECF No. 222). Having carefully considered that the parties' arguments, the Court enters the following orders.

**IT IS ORDERED** that the City's "Motion to Bifurcate and Stay Discovery Against the City on *Monell* Issues" (ECF No. 219) is **DENIED**.

**IT IS FURTHER ORDERED** that the City may re-urge its request to bifurcate trial after the Court has adjudicated all summary judgment motions in this case.

So ORDERED and SIGNED this __7th__ day of June 2021.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE