**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DANIEL VILLEGAS,** | § | |
| | § | |
| v. | § | Cause No. EP-15-cv-00386-DCG |
| | § | |
| **CITY OF EL PASO, et al.** | § | |

**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to the Court's Scheduling Order approved on June 7, 2021 [Dkt. 224] and Local Rule CV-88(b) Plaintiff and Defendants file this Alternative Dispute Resolution Report.

1. Counsel for Parties have informed their clients of the alternative dispute resolution procedures available in the Western District of Texas.

2. Settlement offers have not been exchanged. Pursuant to the Scheduling Order, Plaintiff has a deadline to submit a written offer of settlement for August 13, 2021 and Defendants are to respond by September 10, 2021.

3. The individuals responsible for settlement negotiations on behalf of Plaintiff Daniel Villegas are Felix Valenzuela, Jon Loevy, Russell Ainsworth, and Sam Heppell.

4. The individuals responsible for settlement negotiations on behalf of Defendant City of El Paso are Lowell F. Denton, Scott M. Tschirhart, Evan Reed and Manuel Arambula.

5. The individual responsible for settlement negotiations on behalf of Defendant Kemmett Bellows is Eric M. Brittain.

6. The individuals responsible for settlement negotiations on behalf of Defendant Carlos Ortega are Andres E. Almanzan and Carl H. Green.

7.     The individuals responsible for settlement negotiations on behalf of Defendants Earl Arbogast, Scott Graves, Hector Loya and Ray Sanchez are Jim Darnell and Jeep Darnell.

8.     The individual responsible for settlement negotiations on behalf of Defendant Alfonso Marquez is James A. Martinez.

9.     The Parties have agreed on mediator Chris Antcliff for their initial ADR efforts in this case. The parties will work on scheduling an agreed date for mediation before the mediation deadline. In the event that the case is not resolved through this mediation, the parties will evaluate whether further ADR efforts at a later stage of the case would be fruitful, and if so, whether to proceed with the same or a different mediator at that time.

Respectfully submitted,

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
(210) 227-3243
(210) 225-4481 (Fax)
lfdenton@rampagelaw.com
smtschirhart@rampagelaw.com

By: _____
LOWELL F. DENTON
State Bar No. 05764700
SCOTT M. TSCHIRHART
State Bar No. 24013655

EVAN D. REED
State Bar No. 24093018
MANUEL ARAMBULA
State Bar No. 24047423
300 N. Campbell
El Paso, Texas 79901
(915) 212-0033
(915) 212-0034 (Fax)
ReedED@elpasotexas.gov
ArambulaM1@elpasotexas.gov

*Counsel for Defendant*
*The City of El Paso, Texas*

                LOEVY & LOEVY

                311 N. Aberdeen Street, Third Floor
                Chicago, IL 60607
                (312) 243-5900
                (312) 243-5902 (Fax)
                jon@loevy.com
                russell@loevy.com
                sam@loevy.com

                VALENZUELA LAW FIRM
                221 N. Kansas Street, Ste. 1200
                El Paso, TX 79901
                (915) 209-2719
                (915) 493-2404 (Fax)
                felix@valenzuela-law.com

By:   */s/ Sam Heppell*
        JON LOEVY
        Illinois Bar No. 6218254
        (admitted to this Court *pro hac vice*)
        RUSSELL AINSWORTH
        Illinois Bar No. 6280777

        SAM HEPPELL
        Illinois Bar No. 6320776

        FELIX VALENZUELA
        State Bar No. 24076745

        *Counsel for Plaintiff Daniel Villegas*

        J<small>IM</small> D<small>ARNELL</small>, P.C.
        310 N. Mesa, Suite 212
        El Paso, Texas 79901
        (915) 532-2442
        (915) 532-4549 (Fax)
        Jdarnell@jdarnell.com
        Jedarnell@jdarnell.com

By:   */s/ Jeep Darnell*
        JIM DARNELL
        State Bar No. 05391250
        JEEP DARNELL
        State Bar No. 24075845

        *Counsel for Defendants*
        *Officers Earl Arbogast,*
        *Scott Graves, Hector Loya, Jr.*
        *and Ray Sanchez*

WINDLE, HOOD, NORTON,
BRITTAIN & JAY, LLP
Chase Tower, Suite 1350
201 East Main Drive
El Paso, Texas 79901
(915) 545-4900
(915) 545-4911 (Fax)
brittain@windlehood.com

By:   */s/ Eric M. Brittain*
        ERIC M. BRITTAIN
        State Bar No.: 00783724

        *Counsel for Defendant Kemmett Bellows*

                    MOUNCE, GREEN, MYERS,
                    SAFI, PAXSON & GALATZAN
A Professional Corporation
P.O. Drawer 1977
El Paso, Texas 79999-1977
(915) 532-2000
(915) 541-1597 (Fax)
Green@MGMSG.com
Almanzan@MGMSG.com


By:  */s/ Andres E. Almanzan*
     Carl Green
     State Bar No. 08347330
     Andres E. Almanzan
     State Bar No. 24001643

    *Counsel for Defendant*
    *Carlos Ortega*


MOUNCE, GREEN, MYERS,
SAFI, PAXSON & GALATZAN
A Professional Corporation
100 N. Stanton, 10th Floor
El Paso, Texas 79999-1977
(915) 532-2000
(915) 541-1526 (Fax)
Martinezja@jmeplaw.com




By:  */s/ James A. Martinez*
     James A. Martinez
     State Bar No. 00791192
    *Counsel for Defendant Alfonso Marquez*

## CERTIFICATE OF SERVICE

   I hereby certify that on this the 1st day of July 2021, a true and correct copy of the above and foregoing document was ELECTRONICALLY FILED with the Clerk of the Court using the CM/ECF system and that a courtesy copy was forwarded to the following attorneys of record by Electronic Notification:

Felix Valenzuela
Valenzuela Law Firm
221 N. Kansas Street, Ste. 1200
El Paso, Texas 79901

Jon Loevy
Russell Ainsworth
Sam Heppell
LOEVY & LOEVY
311 N. Aberdeen Street, Third Floor
Chicago, IL 60607

Eric M. Brittan
WINDLE, HOOD, NORTON, BRITTAIN & JAY, LLP
Chase Tower, Suite 1350
201 East Main Drive
El Paso, Texas 79901

Jim Darnell
Jeep Darnell
Cris Estrada
JIM DARNELL, P.C.
310 N. Mesa, Suite 212
El Paso, Texas 79901

James A. Martinez
MOUNCE, GREEN, MYERS,
 SAFI, PAXSON & GALATZAN
100 N. Stanton, 10th Floor
El Paso, Texas 79999-1977

Carl Green
Andres E. Almanzan
MOUNCE, GREEN, MYERS, SAFI,
 PAXSON & GALATZAN
P.O. Box Drawer 1977
El Paso, Texas 79999-1977

              _____
              SCOTT M. TSCHIRHART