IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

| | | |
|---|---|---|
| DANIEL VILLEGAS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:15-CV-386 |
| | ) | |
| v. | ) | Hon. David C. Guaderrama, District |
| | ) | Judge |
| CITY OF EL PASO, et al., | ) | |
| | ) | Hon. Leon Schydlower, Magistrate |
| Defendants. | ) | Judge |
| | ) | |
| | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF REBUTTAL EXPERTS**

Pursuant to the Court's Scheduling Order (Dkt. 249), Plaintiff provides notice of the following rebuttal experts:

Richard Rosenthal, who has been retained by Plaintiff, may testify in rebuttal to Jeffrey Noble's report. Plaintiff has served a rebuttal report containing Dr. Rosenthal's opinions concurrent with the filing of this notice.

RESPECTFULLY SUBMITTED,

                                       Daniel Villegas

                                       By: */s/ Wallace Hilke*
                                             One of His Attorneys

                                       Jon Loevy, Illinois Bar No. 6218254
                                       (admitted *pro hac vice*)
                                       jon@loevy.com
                                       Russell Ainsworth, Illinois Bar No. 6280777
                                       russell@loevy.com
                                       Sam Heppell, Illinois Bar No. 6320776
                                       sam@loevy.com

1

        Quinn Rallins, Illinois Bar No. 6339556
        (admitted *pro hac vice*)
        rallins@loevy.com
        Wallace Hilke, Illinois Bar No. 6329814
        (admitted *pro hac vice*)
        hilke@loevy.com
        LOEVY & LOEVY
        311 N. Aberdeen St., 3rd Fl.
        Chicago, IL 60607
        T: 312-243-5900
        F: 312-243-5902

        Felix Valenzuela
        State Bar No. 24076745
        VALENZUELA LAW FIRM
        221 N. Kansas Street, Ste. 1200
        El Paso, TX 79901
        T: 915-209-2719
        F: 915-493-2404
        felix@valenzuela-law.com

## CERTIFICATE OF SERVICE

I, Wallace Hilke, an attorney, hereby certify that on December 23, 2022, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

        */s/ Wallace Hilke*
        One of Plaintiff's Attorneys