# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **Daniel Villegas** | § | |
| | § | |
| vs. | § | Case Number: EP:15-CV-00386-DCG |
| | § | |
| **City of El Paso, et. al.** | § | |

## ORDER SETTING MOTIONS HEARING (ZOOM)

IT IS HEREBY ORDERED that the above entitled and numbered case is set for a hearing on pending motions on Friday, March 3, 2023 at 10:00 AM, via Zoom (link will be emailed the day before).

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to all parties.

IT IS SO ORDERED this **27th day of February, 2023**

_____
**LEON SCHYDLOWER**
**UNITED STATES MAGISTRATE JUDGE**