# CITY'S REPLY EXHIBIT L

EP-15-cv-00386-DCG

DANIEL VILLEGAS vs CITY OF EL PASO, et al

CHIEF HENRY FLUCK

DECEMBER 21, 2022



WWW.TLC-TEXAS.COM | 855.327.7901

Chief Henry Fluck 12-21-2022

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

```
DANIEL VILLEGAS                )
                               )
VS.                            ) CAUSE NO.
                               ) EP-15-cv-00386-DCG
CITY OF EL PASO, ET AL.        )
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ORAL AND VIDEOTAPED DEPOSITION OF
CHIEF HENRY FLUCK
DECEMBER 21, 2022
(REPORTED REMOTELY)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF CHIEF HENRY FLUCK, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on December 21, 2022, from 9:35 a.m. to 2:42 p.m., before Sherry Hammonds, CSR in and for the State of Texas, reported by machine shorthand, via Zoom, and the witness located at the offices of the Taylor Police Department, 500 S. Main Street, Taylor, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions attached hereto or stated on the record.

Chief Henry Fluck 12-21-2022

183

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
 2                       EL PASO DIVISION

 3   DANIEL VILLEGAS              )
                                  )
 4   VS.                          ) CAUSE NO.
                                  ) EP-15-cv-00386-DCG
 5   CITY OF EL PASO, ET AL.      )

 6                    REPORTER'S CERTIFICATION
                ORAL AND VIDEOTAPED DEPOSITION OF
 7                     CHIEF HENRY FLUCK
                       DECEMBER 21, 2022
 8                     (REPORTED REMOTELY)

 9        I, Sherry Hammonds, Certified Shorthand Reporter in

10   and for the State of Texas, hereby certify to the

11   following:

12        That the witness, CHIEF HENRY FLUCK, was duly sworn

13   by the officer and that the transcript of the oral

14   deposition is a true record of the testimony given by

15   the witness;

16        That the deposition transcript was submitted on

17   _____ to the witness or to the attorney

18   for the witness for examination, signature, and return

19   to The Legal Connection by _____;

20        That the amount of time used by each party at the

21   deposition is as follows:

22        Mr. Wally Hilke - 02:00
          Mr. Lowell F. Denton - 02:19
23        Mr. J. L. Jay - 00:00
          Mr. Andres E. Almanzan - 00:00
24        Mr. Jeep Darnell - 00:00

25         That pursuant to information given to the
```

 1  no appeal, then the discipline that's been imposed is
 2  not set aside or reduced like these other that we see?
 3       A.    Correct.
 4       Q.    So the discipline stands?
 5       A.    Yes.
 6       Q.    The point is made?
 7       A.    That's right.
 8       Q.    So you've already talked about Lieutenant
 9  Serna and how, not only did his disciplinary suspension
10  cost him six months of pay, but it also cost him future
11  promotions.
12             Do you know of any other instances where
13  officer misconduct resulted in serious career
14  implications or changes to enforce department policies?
15       A.    Well, there would be cases where officers
16  were terminated and so that would, of course, affect
17  their future because they have no future with the
18  department if they're terminated and the termination is
19  upheld by appeal.
20       Q.    Okay.  As a member of the Command Staff, did
21  you become aware of decisions that were made to
22  reorganize or eliminate the tactical division as a
23  result of policy violations?
24       A.    Yes.
25       Q.    What happened in that instance?  As a member

1  of the Command Staff, what did you -- what did you know

2  about that and what was your understanding

3  at --

4       A.    Well, I remember that a lieutenant and

5  sergeant got removed from tactical, and that's a pretty

6  serious thing to -- to have a mandatory reassignment

7  because of your performance.  So it's a -- some people

8  call it a disciplinary transfer, even though that in

9  itself is not discipline, but I -- the individuals also

10 received suspensions and reprimands for what they did.

11      Q.    Was John Scagno committed to compliance with

12 the juvenile processing rules and laws?

13      A.    Yes.

14            MR. HILKE:  Objection, form.

15      Q.    (BY MR. DENTON)  During the time that you

16 were in the Command Staff, did your personal

17 observations lead you to reach a conclusion about

18 whether John Scagno was committed to enforcing the

19 policies and laws about handling juveniles?

20      A.    Yes.

21      Q.    And what was that opinion?

22      A.    Well, that he -- he took it very seriously.

23 He did not want to see any procedures of juveniles

24 violated, whether it be where -- if they're interrogated

25 without notifying their parents, if they are not taken

 1   to the juvenile services facility and if juveniles are
 2   abused in any way, he would not tolerate that.
 3        Q.   Let me ask you the same question about Joe
 4   Messer because he served as Interim Chief for a time;
 5   correct?
 6        A.   He served for an Interim Chief on two
 7   occasions.
 8        Q.   All right.  And from your observations and
 9   work with him on the Command Staff, did you form an
10   opinion about whether Joe Messer was committed to
11   enforcing policies and laws about the handling of a
12   juvenile suspect?
13        A.   Yes, he was committed to that.
14        Q.   Okay.  And what about yourself; when you
15   became the Chief of the department, what was your
16   commitment in terms of juvenile policies and procedures?
17        A.   I had the same type of commitment about
18   juvenile procedures need to be followed, there's a
19   reason for them, and I strongly adhere to that myself.
20        Q.   Okay.  Are you familiar with the term or
21   concept in police research and so forth of noble cause
22   corruption?
23        A.   Yes.
24        Q.   All right.  Tell the jury what that is.
25        A.   Well, I think in summary it means the end