# CITY'S REPLY EXHIBIT O

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

41ST JUDICIAL DISTRICT

Filed with 41st District Court
12-6 A.D. 19 94
at 9:00 o'clock A M.
El Paso County, Texas

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | |
| | * | |
| VS. | * | No. 76187-41 |
| | * | |
| DANIEL VILLEGAS | * | |

### ORDER

On November 30, 1994 and December 1, 1994 this Court conducted a hearing on Defendant's Motion to Suppress Statement. After hearing the evidence and argument of counsel, the Court finds the Motion to Suppress should be denied in all things.

The Court hereby makes the following findings of fact:

1. The written statement of the Defendant was made under voluntary conditions.

2. The Defendant was a juvenile at the time of the statement. The officers who obtained the statement properly complied with the requirements of the Texas Family Code, Sections 52.02 and 52.025. The Defendant was properly admonished of his rights as a juvenile under the Texas Family Code, Section 51.09 (b).

3. The officers taking the statement from the Defendant did not threaten, physically abuse nor use coercion on the Defendant to obtain his statement.

IT IS ORDERED ADJUDGED AND DECREED THAT the Defendant's Motion to Suppress Statement is DENIED.

SIGNED THIS THE 8th day of December, 1994.

_____
MARY ANNE BRAMBLETT
Judge, 41st District Court

VILLEGAS J.S. 017442