IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

| | |
|---|---|
| DANIEL VILLEGAS, | ) |
| Plaintiff, | ) Case No. 3:15-CV-386 |
| v. | ) Hon. David C. Guaderrama, District Judge |
| CITY OF EL PASO, et al., | ) Hon. Leon Schydlower, Magistrate Judge |
| Defendants. | ) JURY TRIAL DEMANDED |

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTIONS FOR EXTENSION**

On this day came to be considered Plaintiff Daniel Villegas's Motion to File Surreply to Defendant City of El Paso's Reply in Support of its Motion for Summary Judgment. Having found good cause to grant the motion:

IT IS THERFORE ORDERED the Plaintiff's Motion for Leave is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall FILE Plaintiff's proposed surreply, as attached to his motion.

**So ORDERED and SIGNED this _____ day of June 2023.**

                                                      DAVID C. GUADERRAMA
                                                      UNITED STATES DISTRICT JUDGE

1

**Prepared by:**

LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
T: 312-243-5900
F: 312-243-5902

By: /s/ *Wallace Hilke*
One of Plaintiff's Attorneys

Jon Loevy, Illinois Bar No. 6218254 (admitted *pro hac vice*)
jon@loevy.com
Russell Ainsworth, Illinois Bar No. 6280777
russell@loevy.com
Sam Heppell, Illinois Bar No. 6320776
sam@loevy.com
Quinn Rallins, Illinois Bar No. 6339556 (admitted *pro hac vice*)
rallins@loevy.com
Wallace Hilke, Illinois Bar No. 6329814 (admitted *pro hac vice*)
hilke@loevy.com
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
T: 312-243-5900
F: 312-243-5902

Felix Valenzuela
State Bar No. 24076745
VALENZUELA LAW FIRM
221 N. Kansas Street, Ste. 1200
El Paso, TX 79901
T: 915-209-2719
F: 915-493-2404
felix@valenzuela-law.com

*Counsel for Plaintiff Daniel Villegas*