**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| DANIEL VILLEGAS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| CITY OF EL PASO, YVONNE | § | |
| WHITAKER, CARLOS ORTEGA, | § | EP-15-CV-386-DCG |
| SCOTT GRAVES, KEMMITT | § | |
| BELLOWS, EARL ARBOGAST, | § | |
| HECTOR LOYA, RAY SANCHEZ, AND | § | |
| UNKNOWN EMPLOYEES OF THE | § | |
| CITY OF EL PASO, | § | |
| | § | |
| *Defendants.* | § | |

## DISCLOSURE AND ORDER

In October and November 2023, the Honorable Senior District Judge David C. Guaderrama referred three pending motions under 28 U.S.C. § 636(b) and Rule 1(c) of Appendix C to the Local Rules to then-Magistrate Judge Leon Schydlower.[1] These three motions (two filed by Defendant City of El Paso and one by Defendant Alfonso Marquez) seek to exclude or limit the opinions of two of Plaintiff's experts.[2]

In January 2024, President Biden nominated Judge Schydlower to be a U.S. District Judge for this District. Three months later, the U.S. Senate confirmed Judge Schydlower as a U.S. District Judge in March 2024. On April 11, 2014, the three pending motions were referred to the undersigned Magistrate Judge.[3]

---

[1] *See* ECF Nos. 426, 428, & 433.

[2] *See* ECF Nos. 425, 427, & 429.

[3] CM/ECF Docket Entry dated Apr. 11, 2024.

- 2 -

The next day, Judge Guaderrama granted in part Plaintiff Daniel Villegas's motion under Federal Rule of Civil Procedure 25(a) to substitute deceased Defendant Alfonso Marquez for his widow, Ms. Yvonne Whitaker, as a named defendant.[4]

Ms. Whitaker's addition as a party to this case raises a potential conflict that the undersigned wishes to disclose before issuing any order or recommendation on the Expert Motions. Since Fall 2023, the undersigned and Ms. Whitaker have been working closely together with others to create and implement a Veterans Court for federal offenders that is similar to the one currently in place for state offenders in the Texas state court—where Ms. Whitaker is that court's Veterans Program Director.

Title 28 of the United States Code, section 455, and Canon 3(C)(1) of the Code of Conduct for United States Judges require a federal judge to "disqualify . . . herself in a proceeding in which the judge's impartiality might reasonably be questioned."[5] If the basis for disqualification involves one of the five grounds listed in § 455(b) and Canon 3(C)(1), then the federal judge cannot accept from the parties any waiver of that ground.[6] But if none of those five grounds are involved, then the federal judge may accept a waiver from the parties after: full disclosure on the record of the basis for potential disqualification; the parties and their lawyers have an opportunity to confer outside the presence of the judge; all agree in writing or on the record that the judge should not be disqualified; and the judge is willing to continue participating in the proceeding.[7]

---

[4] ECF No. 457.

[5] *See* 28 U.S.C. § 455(a); Code of Conduct for U.S. Judges, Canon 3(C)(1).

[6] *See* 28 U.S.C. § 455(e); Code of Conduct for U.S. Judges, Canon 3(D).

[7] *See* note 6 *supra*.

Here, the undersigned believes that her relationship with Ms. Whitaker is not so close to the point that the undersigned would harbor any "personal bias or prejudice" in favor or against any of the parties in this case—the one ground listed in § 455(b) and Canon 3(C)(1) which could conceivably apply here. The undersigned also pledges to treat all litigants here fairly and equally and is willing to continue to participate in this case if the parties consent. Notwithstanding, the undersigned understands that the parties may disagree or believe that other grounds exist on which to question the undersigned's impartiality.

Accordingly, out of an abundance of caution, in accordance with 28 U.S.C. § 455 and Canon 3(C) and (D) of the Code of Conduct for United States Judges, the Court **ORDERS** the parties to **CONFER** outside the undersigned's presence and to **JOINTLY FILE, within 21 days of this order,** a submission with each party's position on whether the undersigned should be disqualified from this case.

**So ORDERED and SIGNED this 1st day of May 2024.**

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE