IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

| | |
|---|---|
| DANIEL VILLEGAS, | ) |
| Plaintiff, | ) Case No. 3:15-CV-386 |
| v. | ) Hon. David C. Guaderrama, District Judge |
| CITY OF EL PASO, et al., | ) |
| Defendants. | ) Hon. Leon Schydlower, Magistrate Judge |
| | ) JURY TRIAL DEMANDED |

**PARTIES' AGREEMENT REGARDING THE COURT'S DISCLOSURE**

Pursuant to the Court's disclosure and order [Dkt. 461], the parties report that they have conferred and all agree that Judge Berton should not be disqualified from continuing to hear this case.

RESPECTFULLY SUBMITTED,

DANIEL VILLEGAS

By: /s/ Wallace Hilke
   One of Plaintiff's Attorneys

Jon Loevy, Illinois Bar No. 6218254
(admitted *pro hac vice*)
jon@loevy.com
Russell Ainsworth, Illinois Bar No. 6280777
russell@loevy.com
Quinn Rallins, Illinois Bar No. 6339556
(admitted *pro hac vice*)
rallins@loevy.com
Wallace Hilke, Illinois Bar No. 6329814
(admitted *pro hac vice*)
hilke@loevy.com

LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL more than 50more than 507
T: 312-243-5900
F: 312-243-5902

Felix Valenzuela
State Bar No. 24076745
VALENZUELA LAW FIRM
221 N. Kansas Street, Ste. 1200
El Paso, TX 79901
T: 915-209-2719
F: 915-493-2404
felix@valenzuela-law.com

*Counsel for Plaintiff Daniel Villegas*

Respectfully submitted,

**MOUNCE, GREEN, MYERS, SAFI, PAXSON & GALATZAN**
A Professional Corporation
P.O. Box 1977
El Paso, Texas 79999-1977
(915) 532-2000
(915) 541-1597 (fax)
martinezja@jmeplaw.com
eesparza@mgmsg.com


By:  */s/ James A. Martinez*
**James A. Martinez**
State Bar No. 00791192
**Elena A. Esparza**
State Bar No. 24101736

Attorneys for Yvonne Whitaker, as the executor of Defendant Alfonso Marquez's estate

2

Respectfully submitted,

**MOUNCE, GREEN, MYERS,**
 **SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Drawer 1977
El Paso, Texas 79999-1977
Phone:  (915) 532-2000
Fax: (915) 541-1597
almanzan@mgmsg.com
green@mgmsg.com

By: */s/ Andy Almanzán*
**Andres E. Almanzan**
Texas State Bar No. 24001643
**Carl H. Green**
Texas State Bar No. 08347330

Attorneys for Defendant Carlos Ortega

3

Respectfully submitted,

DENTON NAVARRO ROCHA BERNAL & ZECH
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
210/227-3243
210/225-4481 Fax
lfdenton@rampagelaw.com
smtschirhart@rampagelaw.com
rjnavarro@rampagelaw.com

By: _____
LOWELL F. DENTON
State Bar No. 05764700
SCOTT M. TSCHIRHART
State Bar No. 24013655

RICARDO J. NAVARRO
State Bar No. 14829100
rjnavarro@rampagelaw.com
**DENTON NAVARRO ROCHA
   BERNAL & ZECH**
A Professional Corporation
701 E. Harrison Ste 100
Harlingen, Texas 78550
956/421-4904
956/421-3621 (fax)


ASSISTANT CITY ATTORNEY
EVAN D. REED
State Bar No. 24093018
300 N. Campbell
El Paso, Texas 79901
(915) 212-0033
(915) 212-0034 (Fax)
ReedED@elpasotexas.gov

*Attorneys for Defendant*
*The City of El Paso, Texas*

4

By: /s/ *Jeep Darnell*
    Jeep Darnell

By: /s/ *Jim Darnell*
    Jim Darnell

Jim Darnell, P.C.
310 N. Mesa St., Suite 212
El Paso, TX 79901
(915) 532-2442
Fax: 915/532-4549
Jdarnell@jdarnell.com
Jedarnell@jdarnell.com

*Attorneys for Defendants Graves, Arbogast, Loya, and Sanchez*

# CERTIFICATE OF SERVICE

I, Wallace Hilke, an attorney, hereby certify that on May 9, 2024, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record and counsel for Ms. Whitaker.

    /s/ *Wallace Hilke*
    One of Plaintiff's Attorneys

5