UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **DANIEL VILLEGAS**, | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | |
| **CITY OF EL PASO;** | § | |
| **YVONNE WHITAKER,** | § | |
| *in her capacity as the Executor of Decedent Alfonso Marquez's Estate;* | § | |
| **CARLOS ORTEGA;** | § | **EP-15-CV-00386-DCG** |
| **SCOTT GRAVES;** | § | |
| **EARL ARBOGAST;** | § | |
| **HECTOR LOYA;** | § | |
| **RAY SANCHEZ; and** | § | |
| **UNKNOWN EMPLOYEES OF THE CITY OF EL PASO,** | § | |
| | § | |
| *Defendants*. | § | |

## ORDER VACATING REFERRAL ORDERS

The Court hereby **VACATES** the following Orders:

(1) "Order Referring Motion to U.S. Magistrate Judge" (ECF No. 426);

(2) "Order Referring Motion to U.S. Magistrate Judge" (ECF No. 428); and

(3) "Order Referring Motion to U.S. Magistrate Judge" (ECF No. 433).

The following motions are therefore **NO LONGER REFERRED** to U.S. Magistrate Judge Anne T. Berton:

(a) "Defendant City of El Paso's Motion to Exclude or Limit Opinions of Richard A. Leo" (ECF No. 425);

(b) "Defendant City of El Paso's Motion to Exclude or Limit Opinions of Joseph Allio" (ECF No. 427); and

(c) "Defendant Alfonso Marquez's Motion to Exclude or Limit Opinions of Richard A. Leo" (ECF No. 429).

**So ORDERED and SIGNED this 20th day of May 2024.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**