UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DANIEL VILLEGAS, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | CAUSE NO. 3:15-CV-386 |
| | § | |
| CITY OF EL PASO, ALFONSO MARQUEZ, | § | |
| CARLOS ORTEGA, SCOTT GRAVES, | § | |
| JOE LAREDO, KEMMITT BELLOWS, | § | |
| EARL ARBOGAST, LINK BROWN, | § | |
| JOHN SCAGNO, UNKNOWN EMPLOYEES | § | |
| OF THE CITY OF EL PASO, | § | |
|     Defendants. | § | |

## PLAINTIFF'S MOTION FOR STATUS HEARING

COMES NOW Plaintiff, Daniel Villegas and files this Plaintiff's Motion for Status Hearing, and shows as follows:

Plaintiff respectfully moves the Court to set a status conference in this matter, which has been pending since 2015 and has now returned to an advanced pretrial posture following extensive briefing and prior appeals. A status conference would assist the parties in clarifying next steps and ensuring effective case management.

This civil rights case was originally filed in December 2015. After initial motion practice, the Court stayed the case in January 2017 pending resolution of related criminal proceedings. The stay remained in place for nearly two years, until November 2018, when the Court granted Plaintiff's motion to reopen the case and file a Second Amended Complaint.

Following renewed motion practice and another round of pleadings, the Court entered a detailed ruling in February 2020 addressing various Rule 12 motions to dismiss. Several defendants appealed that ruling to the Fifth Circuit, triggering a second pause in the litigation while the appeal proceeded. The Fifth Circuit affirmed in March 2021, and the Court lifted the stay later that month.

Since then, the parties have engaged in extensive discovery, designated expert witnesses, and completed briefing on numerous dispositive and evidentiary motions. Specifically:

- The parties completed briefing on eight motions for summary judgment between April and June 2023.

- The parties also completed briefing on three Daubert motions seeking to exclude expert opinions, with final replies submitted in November 2023.

- The last scheduling order, entered in March 2023, set trial for May 2024, but the Court vacated that setting on April 8, 2024, without issuing a new date.

In light of the case's complexity, the volume of pending motions, and the absence of a current trial setting, Plaintiff believes a status conference would serve judicial economy and assist the parties in preparing for the final phase of litigation. The conference would provide an opportunity to address pretrial logistics, streamline remaining issues, and discuss any additional steps the Court may require before setting the matter for trial.

Counsel for Plaintiff has conferred with defense counsel, who oppose this request.

Wherefore premises considered, Plaintiff respectfully requests that the Court grant the foregoing Motion and set this matter for a Status Hearing. Plaintiff also prays for all other relief to which he is entitled in both equity and law.

Respectfully submitted,

Valenzuela Law Firm
701 Magoffin Avenue
El Paso, Texas 79901
T: (915) 209-2719
F: (915) 493-2404

By:    /s/ Felix Valenzuela
State Bar No. 24076745
felix@valenzuela-law.com


By:    */s/ Russell Ainsworth*
One of Plaintiff's Attorneys

Jon Loevy, Illinois Bar No. 6218254
(admitted *pro hac vice*)
jon@loevy.com
Russell Ainsworth, Illinois Bar No. 6280777
russell@loevy.com
Quinn Rallins, Illinois Bar No. 6339556
(admitted *pro hac vice*)
rallins@loevy.com
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL
T: 312-243-5900
F: 312-243-5902


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served upon all attorneys

via CM/ECF, on July 30, 2025.


/s/ Felix Valenzuela