IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DANIEL VILLEGAS, | § § | |
| v. | § § | Cause No. EP-15-cv-00386-DCG |
| CITY OF EL PASO, et al. | § § | |

## JOINT STATUS REPORT

Pursuant to the Court's August 26, 2025 Order (Dkt. 474), Defendants City of El Paso and Defendant Yvonne Whitaker, in her capacity as the executor of Decedent Alfonso Marquez ("Defendants") through their respective undersigned counsel, hereby respectfully submit the following Joint Status Report.

1. Defendant City of El Paso filed its Opposed Motion to Exclude or Limit Plaintiff's Experts Richard Leo [Dkt. 425] and Joseph Allio [Dkt. 427], wherein Defendant Marquez adopted by reference. [Dkt. 429].

2. The Parties respectfully filed their Responses and Replies.[1]

3. The Defendants believe that this Court's rulings on the Defendants' Motions for Summary Judgment [Dkts. 472 & 473] did not moot the Motions to Exclude Plaintiff's Experts Leo and Allio as these Experts' opinions are focused on the investigation and interrogation of Plaintiff, which is still a live claim before the Court.

4. At the time of the filing of the Motions, Plaintiff refused to present Experts Leo and Allio for deposition and made the argument that Defendants untimely filed the Motion to Exclude.

---

[1] Dkts. 432, 434, 435, 436, and 438.

*Defs' Jnt SR on Pltf's Experts Leo & Allio* 1

5.  Defendants have not been given the opportunity to depose Experts Leo and Allio, which would have allowed the Defendants to test their qualifications, the relevance of their testimony and their methodology.

6.  Defendants believe that if the Court does not act, this would permit Experts Leo and Allio to testify without having their qualifications, the relevance of their testimony and their methodology tested by cross examination.

7.  Therefore, these pending motions remain live, and Defendants respectfully request the Court to rule on these Motions to Exclude.

Respectfully Submitted,

DENTON NAVARRO RODRIGUEZ BERNAL, SANTEE & ZECH
A Professional Corporation
2517 North Main Ave.
San Antonio, Texas 78212
(210) 227-3243
(210) 225-4481
lfdenton@rampagelaw.com

By: /s/ Lowell F. Denton
 LOWELL F. DENTON
 State Bar No. 05764700

 ASSISTANT CITY ATTORNEY
 EVAN D. REED
 State Bar No. 24093018
 300 N. Campbell
 El Paso, Texas 79901
 (915) 212-0033
 (915) 212-0034 (Fax)
 ReedED@elpasotexas.gov

*Counsel for Defendant The City of El Paso*

                               MOUNCE, GREEN, MYERS, SAFI
                                   PAXSON & GALATZAN
                               A Professional Corporation
                               100 N. Stanton, 10th Floor
                               El Paso, Texas 79999-1977
                               (915) 532-2000
                               (915) 541-1526 (Fax)
                               Martinezja@jmeplaw.com


By:    */s/ James A. Martinez*
           JAMES A. MARTINEZ
           State Bar No. 00791192

*Counsel for Defendant Yvonne Whitaker*
*(in her capacity as the executor of*
*Decedent Alfonso Marquez)*

## CERTIFICATE OF SERVICE

       I hereby certify that on this the 2nd day of September, a true and correct copy of the above and foregoing document was ELECTRONICALLY FILED with the Clerk of the Court using the CM/ECF system and that a courtesy copy was forwarded to the following attorneys of record by Electronic Notification:

Felix Valenzuela
Valenzuela Law Firm
221 N. Kansas Street, Ste. 1200
El Paso, Texas 79901

Jon Loevy
Russell Ainsworth
LOEVY & LOEVY
311 N. Aberdeen Street, Third Floor
Chicago, IL 60607

Jim Darnell
Jeep Darnell
Cris Estrada
JIM DARNELL, P.C.
310 N. Mesa, Suite 212
El Paso, Texas 79901

James A. Martinez
MOUNCE, GREEN, MYERS,
  SAFI, PAXSON & GALATZAN
100 N. Stanton, 10th Floor
El Paso, Texas 79999-1977

Andres E. Almanzan
MOUNCE, GREEN, MYERS, SAFI,
 PAXSON & GALATZAN
P.O. Box Drawer 1977
El Paso, Texas 79999-1977

                                          */s/ Lowell F. Denton*
                                          LOWELL F. DENTON