**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| DANIEL VILLEGAS, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-386 |
| | § | |
| CITY OF EL PASO, YVONNE WHITAKER, | § | |
| *In her capacity as the Executor of Decedent* | § | |
| *Alfonso Marquez's Estate*, | § | |
| CARLOS ORTEGA, SCOTT GRAVES, | § | |
| KEMMITT BELLOWS, EARL ARBOGAST, | § | |
| RAY SANCHEZ, HECTOR LOYA, | § | |
| and UNKNOWN EMPLOYEES OF | § | |
| THE CITY OF EL PASO, | § | |
| *Defendants*. | § | |

**DEFENDANT YVONNE WHITAKER'S NOTICE**
**REGARDING CONFLICTING TRIAL SETTINGS**

TO THE HONORABLE SENIOR UNITED STATES DISTRICT JUDGE:

COMES Yvonne Whitaker, in her capacity as the Executor of Decedent Alfonso Marquez's Estate ("Defendant") and provides this notice regarding conflicting trial setting in compliance with the Court's instructions and in support thereof says:

1.      By written letter to several state and federal courts, the undersigned previously identified three trial settings that had the potential to conflict with the trial in the instant case.   The trial dates in all three cases have been continued.  They no longer have any potential to interfere with the trial of the *Villegas* case.

WHEREFORE, PREMISES CONSIDERED, Defendant Yvonne Whitaker, in her capacity as the Executor of Decedent Alfonso Marquez's Estate respectfully requests the Court take notice that the previously identified potential trial-setting conflict have been continued, and for such other and further relief to which Defendant may be justly entitled.

1

16356-101/JMAR/327987

Respectfully submitted,

**MOUNCE, GREEN, MYERS,**
**SAFI, PAXSON & GALATZAN**
A Professional Corporation
P.O. Drawer 1977
El Paso, Texas 79999-1977
Phone:   (915) 532-2000
Telefax: (915) 541-1597


By: */s/ James A. Martinez*
      **James A. Martinez**
      State Bar No. 00791192
      martinez@mgmsg.com

      Attorneys for Defendant Yvonne Whitaker

## CERTIFICATE OF SERVICE

I certify that on June 12, 2026, this document was electronically filed using the CM/ECF System, which will send notice to all counsel of record.

*/s/ James A. Martinez*
**James A. Martinez**

2

16356-101/JMAR/327987