**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DANIEL VILLEGAS,** | § | |
| | § | |
| *Plaintiff*, | § | |
| **v.** | § | |
| | § | |
| **CITY OF EL PASO;** | § | |
| **YVONNE WHITAKER,** | § | |
| *In her capacity as the Executor of Decedent* | § | **EP-15-CV-00386-DCG** |
| *Alfonso Marquez's Estate*; | § | |
| **CARLOS ORTEGA;** | § | |
| **SCOTT GRAVES;** | § | |
| **RAY SANCHEZ; and** | § | |
| **UNKNOWN EMPLOYEES OF THE** | § | |
| **CITY OF EL PASO,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER VACTING HEARING AND DISCHARGING SHOW CAUSE ORDER

The Court previously set a show cause hearing for June 24, 2026 at 10:00 a.m. Mountain Time to discuss Counsel James Martinez's[1] availability for this case's trial setting.[2]  The Court, however, indicated that if "Mr. Martinez resolve[d] his . . . trial conflicts before the hearing," then the Court would "discharge its Order for Mr. Martinez to show cause without the need for another hearing."[3]

Mr. Martinez has since informed the Court that he's resolved his trial conflicts, and that he has no remaining conflicts for this case's trial.[4]

---

[1] Mr. Martinez is counsel for Defendant Yvonne Whitaker in this case.

[2] *See* Order Setting Show Cause Hearing, ECF No. 505, at 2 (setting show cause hearing for June 16, 2026 at 8:30 a.m. Mountain Time); *see also* Jun. 12, 2026 Text Order Continuing Show Cause Hearing (continuing the show cause hearing to June 24, 2026 at 10:00 a.m. Mountain Time).

[3] *See* Order Setting Show Cause Hearing at 2 (emphasis omitted).

[4] *See* Notice, ECF No. 509.

- 2 -

The Court therefore **DISCHARGES** Mr. Martinez's show cause order.

The Court thereby **VACATES** the show cause hearing previously set for **June 24, 2026 at 10:00 a.m. Mountain Time**.

**So ORDERED and SIGNED this 17th day of June 2026.**

_____

**DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE**